IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC. and UNITED HEALTHCARE COMPANY, § § § § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 3:21-cv-1547-L-BT |
| JEREMY ROSSEL, AMIR MORTAZAVI, CARY ROSSEL, ARVIN ZEINALI, YAN NAROSOV, and SEMYON NAROSOV, § § § § § § | |
| Defendants. § | |

## **ORDER**

This matter has been referred to the undersigned for pretrial management and, pursuant to the Standing Order of Reference, the undersigned is directed "to notify the court when the case is ready for a trial setting." ECF No. 672 at 1.

At this juncture, the undersigned has issued findings, conclusions and recommendations as to all dispositive motions and has resolved all non-dispositive motions.

Two matters are pending before the District Judge: (1) Defendant Amir Mortazavi's Objections to the Magistrate Judge's Memorandum Opinion and Order Denying Motion to Stay ("Mortazavi's Objections") (ECF No. 764), filed

1

October 29, 2024[1]; and (2) the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 782) recommending the District Judge grant Plaintiffs' Renewed Motion for Default Judgment Against Semyon Narosov with respect to liability but deny it as premature with respect to damages.

In the event the District Judge overrules Mortazavi's Objections (ECF No. 764), this matter is ready for a trial setting.

Following the District Judge's September 27, 2024 Order (ECF No. 756)[2], remaining for trial are Plaintiffs' claims for fraud against Defendants Cary Rossel, Jeremy Rossel, Amir Mortazavi, Arvin Zeinali, and Yan Narosov (Count 1); conspiracy to commit fraud against Defendants Cary Rossel, Jeremy Rossel, and Amir Mortazavi (Count 2); and violations of RICO, 18 U.S.C. § 1962(c), against Defendants Cary Rossel, Jeremy Rossel, Amir Mortazavi, Arvin Zeinali, and Yan Narosov (Count 12). *See* Second Am. Compl., ECF No. 584. In the event the Court accepts the undersigned's findings and recommendation with respect to Plaintiffs'

---

[1] Plaintiffs filed a response to Mr. Mortazavi's Objections (*see* ECF No. 773), and Mr. Mortazavi filed a reply (*see* ECF No. 774).

[2] On July 23, 2024, the undersigned issued Findings, Conclusions and Recommendation (ECF No. 752), recommending that the District Judge (1) grant in part Defendants Cary Rossel and Jeremy Rossel's Motion for Summary Judgment (ECF No. 679) to the extent that Plaintiffs' claims for fraud by nondisclosure and for alleged violations of the Texas Uniform Fraudulent Transfer Act (TUFTA) be dismissed with prejudice; and (2) deny Plaintiffs UnitedHealthcare Services, Inc. and UnitedHealthcare Insurance Company's Motion for Partial Summary Judgment Against Defendants Amir Mortazavi and Arvin Zeinali (ECF No. 681). On September 27, 2024, the District Judge overruled Plaintiffs' objections, accepted the undersigned's Findings, Conclusions, and Recommendation, and dismissed with prejudice Plaintiffs' claims for fraud by nondisclosure and for alleged violations of TUFTA.

Renewed Motion for Default Judgment Against Semyon Narasov (*see* ECF No. 782), only damages remain to be determined with respect to Defendant Semyon Narosov.

**SO ORDERED.**

May 20, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE